**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**HECTOR LUIS FIGUEROA NIEVES**
**CRUZ CRUZ MARITZA**

xxx–xx–9158
xxx–xx–2941

Debtor(s)

Case No. **13–09092 ESL**

Chapter **13**

**FILED & ENTERED ON 5/2/18**

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion Requesting Entry of Order to Compel filed by Trustee, docket #39.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within fourteen (14) days. Order due by May 16, 2018

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, May 2, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge