IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR LUIS FIGUEROA NIEVES
MARITZA CRUZ CRUZ

DEBTORS

CASE NO. 13-09092 ESL

CHAPTER 13

## DEBTORS' MOTION IN COMPLIANCE WITH
## *ORDER GRANTING UNOPPOSED MOTION* DOCKET NO. 40

TO THE HONORABLE COURT:

**COME NOW, HECTOR LUIS FIGUEROA NIEVES and MARITZA CRUZ CRUZ**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed a *Trustee's Request Entry of Order*, Docket No. 39, basically stating that the Debtors failed to submit their 2014, 2015 and 2016 tax returns and tax refunds to the Trustee, in the above captioned case.

2. On May 02, 2018, this Honorable Court issued an *Order Grating Unopposed Motion*, Docket No. 40, whereby the Debtors were Ordered to tender to the Trustee the tax refunds pursuant to the terms of the confirmed Plan, in the above captioned case.

3. The Debtors hereby respectfully state that on May 09, 2018, the Debtors sent to the Trustee (uploaded to the Trustee's system) a copy of the Debtors' 2014, 2015 and 2016 tax returns.

4. That the Debtors tax returns reflect that the Debtors received tax refunds for each tax year as follows:

   ---tax year 2014/$393.00 refund;

   ---tax year 2015/$166.00 refund; and

   ---tax year 2016/$ 78.00 refund. **Total tax refunds received by Debtors for tax years 2014, 2015 and 2016: $637.00.**

5. The Debtors respectfully admit that they forgot to pay into the confirmed Plan the aforestated sum of $637.00 which are the monies received from the Debtors' tax refunds for the years 2014, 2015 and 2016. The Debtors very respectfully state that they

Page -2-
Debtors' Compliance with ORDER
Case no. 13-09092 ESL13

forgot to send to the Trustee the tax refunds and/or seek this Honorable Court's authorization prior to the use of these funds.

6. The Debtors respectfully propose to pay the aforestated amount ($637.00) to the Trustee as follows:

---the Debtors propose to pay in June, 2018, the sum of    $212.00;

---the Debtors propose to pay in July, 2018, the sum of    $212.00;

---the Debtors propose to pay in August, 2018, the sum of $213.00;

Total to be paid within the next ninety (90) days: ............ **$637.00.**

7. The Debtors are up-to-date in their Plan payments to the Trustee, having made 54/54 payments and hereby respectfully request that they be allowed to pay the sum of $637.00 for the tax refunds received for the 2014, 2015 and 2016 tax years within the next ninety (90) days, in compliance with this Court's ORDER, Docket No. 40, in the above captioned case.

**THEREFORE,** based on the above stated, the Debtors respectfully pray that this Honorable Court grant the present motion in compliance with ORDER, Docket No. 40, in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee Jose Ramon Carrion Morales, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: the Debtors, Hector Luis Figueroa Nieves and Maritza Cruz Cruz, Urb Sagrado Corazon 4 Calle Lino Final San Juan PR 00926, in the above captioned case. **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 24th day of May, 2018.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTORS
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com