**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO. 13-09092 ESL** |
| **HECTOR LUIS FIGUEROA NIEVES** | **Chapter 13** |
| **CRUZ CRUZ MARITZA** | |
| | |
| **XXX-XX-9158** | |
| **XXX-XX-2941** | |
| | **FILED & ENTERED ON 6/5/2018** |
| **Debtor(s)** | |

## ORDER

Debtors' Motion in Compliance with Order Granting Unopposed Motion (docket #42) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June, 2018.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge