**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**HECTOR LUIS FIGUEROA NIEVES**
**CRUZ CRUZ MARITZA**

**xxx–xx–9158**
**xxx–xx–2941**

Debtor(s)

Case No. **13–09092 ESL**

Chapter **13**

FILED & ENTERED ON 6/19/18

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion Requesting Order for Authorization to Use Funds From 2017 Tax Refund filed by Debtors, docket #43.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Tuesday, June 19, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge